UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

SCOTT R. SCHUBINER,　　　　　　　　　　File No. 12-47106-tjt

Debtor.　　　　　　　　　　　　　　　　　Chapter 7

_____/

## MOTION TO REOPEN CHAPTER 7 CASE

Pursuant to Bankruptcy Code Section 350(b), Bankruptcy Rule 5010, and Local Bankruptcy Rule 5010-1(a), Movant Steven P. Schubiner ("Movant"), as Personal Representative of the Estate of Scott R. Schubiner, states:

1. Scott R. Schubiner ("Debtor") filed a voluntary Petition under Chapter 7 of the Bankruptcy Code on March 22, 2012.

2. Debtor received a discharge on July 3, 2012.

3. The case was closed on August 1, 2012.

4. Debtor died on April 22, 2017.

5. Movant is the Personal Representative of Debtor's decedent's estate (Oakland County Probate Court, File No. 2017-376,753-DE).

6. On July 18, 2017, Shelley S. Zolman ("Zolman"), Debtor's widow, filed a civil action against Movant, as Personal Representative of the Estate, in Oakland County Probate Court File No. 17-377,846 CZ (the "Civil Action").

7. In the Civil Action, Zolman alleges that: (a) Zolman and Debtor were married on February 17, 2010; (b) prior to the wedding, Zolman and Debtor executed an Antenuptial Agreement (the "2010 Agreement"); (c) the 2010 Agreement required Debtor, as soon as practicable after marriage, to name Zolman as the beneficiary of $500,000 of Debtor's term life insurance; (d) Debtor failed to name Zolman as beneficiary of $500,000 of life insurance as was his obligation under the 2010 Agreement; and (e) by failing to name Zolman as beneficiary of $500,000 in life insurance proceeds, Debtor failed to perform his contractual obligation to Zolman (i.e., the "Contractual Obligation").

8. Zolman was aware of Debtor's 2012 bankruptcy filing as she was listed as a creditor and received notices from the Court regarding the case (See Docket Nos. 9 and 24).

9. Debtor's 2012 Chapter 7 case was a "no asset" case.

10. The Contractual Obligation to Zolman under the 2010 Agreement, if any, was discharged by Debtor's bankruptcy.

11. Bankruptcy Code Section 524(a)(2) provides that a bankruptcy discharge operates as an injunction against the commencement or continuation of an action to collect a debt as a personal liability of the debtor.

12. Movant has made demand upon Zolman to dismiss the Civil Action, and his demand has been refused.

2

13. By filing and refusing to dismiss the Civil Action, Zolman is in violation of the discharge injunction set forth in Bankruptcy Code Section 524(a)(2).

14. Bankruptcy Code Section 350(b) provides that a case may be reopened in the court in which such case was closed to administer assets, grant relief to the debtor, or for other cause.

15. Bankruptcy Rule 5010 provides, in pertinent part, that a case may be reopened on motion of the debtor or a party in interest pursuant to Section 350 of the Code, and that a Trustee shall not be appointed unless the Court determines a Trustee is necessary to protect the interests of creditors and the debtor or to insure the efficient administration of the case.

16. Movant, as Personal Representative of Debtor's decedent's estate, requests the Court to reopen Debtor's Chapter 7 case in order for Movant to obtain a determination that: (1) The Contractual Obligation, if any, to Zolman under the 2010 Agreement was discharged in Debtor's 2012 bankruptcy; (2) Zolman is in contempt of court for violating the discharge injunction set forth in Bankruptcy Code Section 524(a)(2); and (3) awarding Movant sanctions against Zolman for violation of the discharge injunction.

17. Movant believes that the appointment of a Trustee is not necessary under these circumstances.

18. Movant also requests that the Court waive any reopening fee since the case is being reopened for the purpose of confirming discharge of a debt and to enforce the discharge injunction of Bankruptcy Code Section 524(a)(2).

Wherefore, Movant Steven P. Schubiner respectfully requests the Court to enter his proposed Order Reopening Case, which is attached hereto as Exhibit 1.

Respectfully Submitted,

Dated: August 30, 2017  JACOB & WEINGARTEN, P.C.

By: /s/ Debra Beth Pevos
Debra Beth Pevos (P36196)
Attorneys for Movant
25800 Northwestern Highway, Suite 500
Southfield, Michigan 48075
(248) 649-1900
debra@jacobweingarten.com

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

SCOTT R. SCHUBINER,　　　　　　　　　　　　File No. 12-47106-tjt

　　Debtor.　　　　　　　　　　　　　　　　Chapter 7
_____/

## ORDER REOPENING CHAPTER 7 CASE

A Motion To Reopen Chapter 7 Case (the "Motion") having been filed by Movant Steven P. Schubiner, Personal Representative of the Estate of Scott R. Schubiner; the Court having reviewed the Motion, and having determined that there is cause to reopen the case pursuant to Bankruptcy Code Section 350(b); and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Chapter 7 bankruptcy case of Scott R. Schubiner is hereby reopened.

IT IS FURTHER ORDERED that the clerk of the Court shall not collect any reopening fee and that such fee is hereby waived.

IT IS FURTHER ORDERED that the US Trustee need not appoint a Trustee in the reopened case.

# EXHIBIT 2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
### Southern Division

In re:

SCOTT R. SCHUBINER

Chapter: 7
Case No.: 12-47106-TJT
Judge: Thomas J. Tucker

Debtor.
_____/

Address: 12703 Nadine
Huntington Woods, Michigan 48070

Social Security No.: xxx-xx-0862
_____/

## NOTICE OF, AND OPPORTUNITY TO OBJECT TO, MOTION TO REOPEN CHAPTER 7 CASE

Movant Steven P. Schubiner, as Personal Representative Of The Estate Of Scott R. Schubiner has filed Motion To Reopen Chapter 7 Case (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested in the Motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]

   United States Bankruptcy Court
   211 W. Fort Street, Suite 2100
   Detroit, Michigan 48226

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

1

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

Debra Beth Pevos,
Jacob & Weingarten, P.C.
25800 Northwestern Highway, Suite 500
Southfield, Michigan 48075

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.**

Respectfully Submitted,

Jacob & Weingarten, P.C.

By: /s/ Debra Beth Pevos
Debra Beth Pevos (P36196)
Attorneys for Steven P. Schubiner
25800 Northwestern Hwy., Suite 500
Southfield, MI 48075
(248)649-1900
debra@jacobweingarten.com

Dated: August 30, 2017

2

# EXHIBIT 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

SCOTT R. SCHUBINER                  Chapter: 7
                                                   Case No.: 12-47106-TJT
                                                   Judge: Thomas J. Tucker

                Debtor.
_____/

## PROOF OF SERVICE

    I, Debra Beth Pevos, state that on August 30, 2017, I did file the Motion To Reopen Chapter 7 Case, Notice Of, And Opportunity To Object To Motion To Reopen Chapter 7 Case, and this Proof Of Service, with the clerk of the Court using the ECF System and I hereby certify that the Courts ECF system has served all registered users.

    I also state that I served by U.S. Mail Notice Of, And Opportunity To Object To Motion To Reopen Chapter 7 Case to everyone on the attached Matrix, and in addition to the following:

        Shelly Zolman
        12703 Nadine
        Huntington Woods, MI 48070

and via E-Mail to:

        Kenneth F. Silver
        E-Mail: ksilver@hertzschram.com

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 30, 2017

                                              /s/ Debra Beth Pevos
                                              Debra Beth Pevos
                                              debra@jacobweingarten.com

Label Matrix for local noticing
0645-2
Case 12-47106-tjt
Eastern District of Michigan
Detroit
Wed Aug 30 09:36:27 EDT 2017

Academic Loan Group/GLEL
2401 International
Madison WI 53704-3121

Alliance One Receivables Management, Inc
4850 Street Road
Suite 300
Feasterville Trevose PA 19053-6643

Assistant Attorney General
3030 W. Grand Blvd., Suite 10-220
Detroit MI 48202-6030

BAC Home Loans Servicing, LP
PO Box 15227
Wilmington DE 19886-5227

Bank of America
PO Box 53105
Phoenix AZ 85072-3105

CCO Mortgage
1215 Superior Avenue
Cleveland OH 44114-3257

Charter One Bank
1215 Superior Ave.
Cleveland OH 44114-3299

Chase
PO Box 17202
Wilmington DE 19886-7202

Chase/Bank One Card Services
P.O. Box 15298
Wilmington DE 19850-5298

Citibank
1000 Technology Dr. MS 100
O Fallon MO 63368-2239

City of Royal Oak
PO Box 64
Royal Oak MI 48068-0064

Client Services, Inc.
3451 Harry Truman Blvd
Saint Charles MO 63301-9816

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Rodney M. Glusac
1058 Maple Street
Suite 100
Plymouth, MI 48170-1996

Great Lakes Higher Education Servicing
2401 International Lane
Madison WI 53704-3192

(p)NISSAN MOTOR ACCEPTANCE CORPORATION
LOSS RECOVERY
PO BOX 660366
DALLAS TX 75266-0366

Jill Schubiner
1061 North Old Woodward
Birmingham MI 48009-5409

John C. Lange
Gold, Lange & Majoros, PC
24901 Northwestern Hwy.
Suite 444
Southfield, MI 48075-2223

Wendy Turner Lewis
444 West Willis Street
Suite #101
Detroit, MI 48201-1748

Macy's
PO Box 183083
Columbus OH 43218-3083

MiSDU
PO Box 30354
Lansing MI 48909-7854

Michigan Department of Treasury
Collection/Bankruptcy Unit
PO Box 30168
Lansing MI 48909-7668

Nationstar Mortgage
PO Box 650783
Dallas TX 75265-0783

Nationstar Mortgage
PO Box 829009
Dallas, TX 75382-9009

Oakland County Treasurer
Building 12 E Dept. 479
1200 N Telegraph Rd.
Pontiac MI 48341-0479

Debra Beth Pevos
25800 Northwestern Highway
Suite 500
Southfield, MI 48075-8403

Crystal L. Price-Buckley
31440 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-5422

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Scott R. Schubiner
1365 Indian Mound West
Bloomfield Hills, MI 48301-2263

Steven P Schubiner  
c/o Jacob & Weingarten, P.C.  
25800 Northwestern Highway  
Suite 500  
Southfield, MI 48075-8403

Shelley Zolman  
1365 Indian Mound West  
Bloomfield Hills MI 48301-2263

Trott & Trott  
31440 Northwestern Hwy  
Suite 200  
Farmington Hills MI 48334-5422

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover  
PO Box 30395  
Salt Lake City UT 84130-0395

Infiniti Financial Services  
PO Box 78133  
Phoenix AZ 85062-8133

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Federal Home Loan Mortgage Corporation

End of Label Matrix  
Mailable recipients    32  
Bypassed recipients     1  
Total                  33